**IT IS SO ORDERED.**

**SIGNED THIS: May 17, 2010**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

U.S. BANKRUPTCY COURT
Central District of Illinois

In re:    Timothy Richard Anderson    Case No.    10-70989

Debtor(s)

**ORDER DISMISSING CASE**

The Court finds:

that the debtor(s) failed to pay the filing fee as ordered on April 21, 2010 and the Court has been fully advised in the premises.

IT IS THEREFORE ORDERED that the Chapter 7 case in bankruptcy filed on March 30, 2010, be and is hereby dismissed.

IT IS FURTHER ORDERED that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the final Report (30 days for a Chapter 7 or 120 days for a Chapter 12/13).

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###